# Court of Appeals
# of the State of Georgia

ATLANTA,  October 28, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0093. RODNEY PETERSON v. THE STATE.**

In 2007, Rodney Peterson pled guilty to multiple offenses, including aggravated assault. He later filed a motion to vacate and set aside the judgment, which the trial court denied. Peterson sought discretionary review of this order, but we dismissed the application because it was not timely filed.[1] Peterson subsequently filed a motion to correct a void sentence, which the trial court denied. Peterson filed a notice of appeal and an application for discretionary appeal of the trial court's order. We dismissed both based upon his failure to raise a valid void-sentence claim.[2] Peterson then filed a motion to vacate and void illegal conviction, which the trial court dismissed on September 17, 2014. Peterson has filed the present application for discretionary appeal from this order. We, however, lack jurisdiction.

In his motion, Peterson argued that counts in his indictment should have been merged. As found by our Supreme Court, however, a claim that two convictions should have been merged constitutes an attack on the convictions, not the sentence, and an order denying or dismissing such an attack is not subject to appeal. See *Williams v. State*, 287 Ga. 192, 193-194 (695 SE2d 244) (2010). Under these circumstances, we lack jurisdiction to consider the merits of this application for discretionary appeal, which is hereby DISMISSED.

---

[1] *Peterson v. State*, A12D0274 (dismissed March 2, 2012).

[2] *Peterson v. State*, A13D0183 (dismissed Jan. 23, 2013); *Peterson v. State*, A14A0255 (dismissed Oct. 8, 2013).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*___10/28/2014___
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*